# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**977**

**CAF 10-02525**

PRESENT: SMITH, J.P., CENTRA, CARNI, GREEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF ANNA S., PETITIONER-RESPONDENT,

            V                               ORDER

PEDRO R., RESPONDENT-APPELLANT.

---

ROSENTHAL, SIEGEL & MUENKEL, LLP, BUFFALO (BARBARA A. PIAZZA OF COUNSEL), FOR RESPONDENT-APPELLANT.

DAVID C. SCHOPP, ATTORNEY FOR THE CHILD, THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (CHARLES D. HALVORSEN OF COUNSEL), FOR JULIEN S.

---

Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered July 7, 2010 in a proceeding pursuant to Family Court Act article 5. The order denied the motion of respondent to vacate a default order of filiation.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: September 30, 2011                    Patricia L. Morgan
                                                  Clerk of the Court